UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

In the matter of:               )        CHAPTER 7, CASE NO. 19-41029
   BRADEEN, ARLEN FRANKLIN   )        TRUSTEE FILE NO.
                                )
   DEBTOR(S).                )

### TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPT | ABANDONED |
|---|---|---|---|
| 502 Patton Rd., Hinesville, Ga 31313-3730, Liberty County | $ 58,679.00 | $ 0.00 | ✓ |
| 2010 Ford Econoline, 500000 Miles | $ 2,000.00 | $ 2,000.00 | ✓ |
| 2018 Toyota Camry | $ 25,000.00 | $ 0.00 | ✓ |
| 2016 Hyundai Genesis, 56000 Miles | $ 20,000.00 | $ 0.00 | ✓ |
| Hhg | $ 1,500.00 | $ 1,500.00 | ✓ |
| Cellphone; Laptop | $ 200.00 | $ 200.00 | ✓ |
| Pistol (1); Rifle (1) | $ 400.00 | $ 400.00 | ✓ |
| Personal Clothing | $ 150.00 | $ 150.00 | ✓ |
| Ring | $ 75.00 | $ 75.00 | ✓ |
| Checking: Wells Fargo Bank, N.A. | $ 0.00 | $ 0.00 | ✓ |
| Savings: Wells Fargo Bank, N.A. | $ 0.00 | $ 0.00 | ✓ |
| Credit Union / Checking: Geovista Credit Union | $ 700.00 | $ 700.00 | ✓ |
| Credit Union / Savings: Geovista Credit Union | $ 1,100.00 | $ 1,100.00 | ✓ |
| Checking: South Georgia Bank (Business Account) | $ 1,752.00 | $ 1,752.00 | ✓ |
| Arlen'S Amazing Grace Painting, Llc, 100% Ownership | $ 0.00 | $ 0.00 | ✓ |
| Lible/Slander Vs. Rony Denis | $ 0.00 | $ 0.00 | ✓ |
| Tools Of Trade - Paint Sprayer ($200); Misc. ($200) | $ 0.00 | $ 0.00 | ✓ |

    Comes now, WENDY A. OWENS, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

Date: September 23, 2019

Signed: /s/ Wendy A. Owens
WENDY A. OWENS, Trustee